IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMAS MELONE, | ) | |
| | ) | |
| Plaintiff-*pro se*, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-942-MN |
| | ) | |
| TRINA SOLAR (U.S.) INC., a Delaware | ) | |
| Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## **MOTION AND PROPOSED ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of the following attorneys to represent Defendant Trina Solar (U.S.) Inc. in this matter.

Richard J. Grabowski
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
(949) 553-7514

David A. Ciarlo
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
(213) 243-2769

OF COUNSEL:
Richard J. Grabowski
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
(949) 553-7514

David A. Ciarlo
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
(213) 243-2769

*/s/ Andrew E. Russell*
John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys for Defendants*

Dated:  August 30, 2022

## **[PROPOSED] ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of

Richard J. Grabowski and David A. Ciarlo is granted.


_____
United States District Judge

Date: _____

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and

am admitted, practicing and in good standing as a member of the Bar of California, and pursuant

to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged

misconduct that occurs in the preparation or course of this action.  I also certify that I am

generally familiar with this Court's Local Rules.  In accordance with Standing Order for District

Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been

paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the

Clerk's office upon the filing of this motion.

Date: August 26, 2022

Richard J. Grabowski
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 92612
(949) 553-7514
rgrabowski@jonesday.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Date: August 26, 2022

David A. Ciarlo
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, California 90071
(213) 243-2769
dciarlo@jonesday.com